28 USC 1608 Summons
12/11

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

DARLENE LEWIS, as Surviving Spouse and Pers )
_____ )
*Plaintiff* )
)
v. )   Civil Action No. 1:26-CV-00194
)
ISLAMIC REPUBLIC OF IRAN et al. )
_____ )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To:   *(Defendant's name and address)*   AYATOLLAH ALI HOSEINI-KHAMENEI
Foreign Minister for the Ministry of Foreign Affairs
Imam Khomeini Street, Imam Khomeini Square,
Islamic Republic of Iran

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Andrew J. Maloney, Esq.
Kreindler & Kreindler LLP
750 Third avenue
New York, NY 10017

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT



Date: 02/02/2026

/s/ Jiselle Manohar
*Signature of Clerk or Deputy Clerk*

28 USC 1608 Summons (12/11) (Page 2)

Civil Action No. 1:26-CV-00194

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____               _____
                                              *Server's signature*

                                              _____
                                              *Printed name and title*

                                              _____
                                              *Server's address*

Additional information regarding attempted service, etc:

28 USC 1608 Summons
12/11

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

DARLENE LEWIS, as Surviving Spouse and Pers )
_____ )
             *Plaintiff*              )
                            )
            v.                   )    Civil Action No. 1:26-CV-00194
ISLAMIC REPUBLIC OF IRAN et al.    )
_____ )
             *Defendant*            )

## SUMMONS IN A CIVIL ACTION

To:   (*Defendant's name and address*)   IRAN MINISTRY OF INFORMATION AND SECURITY
Foreign Minister for the Ministry of Foreign Affairs
Imam Khomeini Street, Imam Khomeini Square,
Islamic Republic of Iran

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Andrew J. Maloney, Esq.
    Kreindler & Kreindler LLP
    750 Third avenue
    New York, NY 10017

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 02/02/2026



/s/ Jiselle Manohar
*Signature of Clerk or Deputy Clerk*

28 USC 1608 Summons (12/11) (Page 2)

Civil Action No. 1:26-CV-00194

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                        *Server's signature*

                                        _____
                                        *Printed name and title*


                                        _____
                                        *Server's address*

Additional information regarding attempted service, etc:

28 USC 1608 Summons
12/11

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

DARLENE LEWIS, as Surviving Spouse and Pers )
_____ )
*Plaintiff* )
)
v. )  Civil Action No. 1:26-CV-00194
)
ISLAMIC REPUBLIC OF IRAN et al. )
_____ )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To:   *(Defendant's name and address)*   ISLAMIC REVOLUTIONARY GUARD CORPS
Foreign Minister for the Ministry of Foreign Affairs
Imam Khomeini Street, Imam Khomeini Square,
Islamic Republic of Iran

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
  Andrew J. Maloney, Esq.
  Kreindler & Kreindler LLP
  750 Third avenue
  New York, NY 10017

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: __02/02/2026__                  /s/ Jiselle Manohar
                                                         *Signature of Clerk or Deputy Clerk*

28 USC 1608 Summons (12/11) (Page 2)

Civil Action No. 1:26-CV-00194

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

28 USC 1608 Summons
12/11

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

DARLENE LEWIS, as Surviving Spouse and Pers )
             *Plaintiff*                   )
                              )
         v.                         )    Civil Action No. 1:26-CV-00194
ISLAMIC REPUBLIC OF IRAN et al.      )
                              )
            *Defendant*                 )

## SUMMONS IN A CIVIL ACTION

To:    *(Defendant's name and address)*    IRANIAN NATIONAL ELITES FOUNDATION
                                                   Foreign Minister for the Ministry of Foreign Affairs
                                                   Imam Khomeini Street, Imam Khomeini Square,
                                                   Islamic Republic of Iran

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
        Andrew J. Maloney, Esq.
        Kreindler & Kreindler LLP
        750 Third avenue
        New York, NY 10017

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT



Date: 02/02/2026                                                           /s/ Jiselle Manohar
                                                                                *Signature of Clerk or Deputy Clerk*

28 USC 1608 Summons (12/11) (Page 2)

Civil Action No. 1:26-CV-00194

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

28 USC 1608 Summons
12/11

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

DARLENE LEWIS, as Surviving Spouse and Pers )
_____ )
                    *Plaintiff*                )
                                                )
            v.                                  )   Civil Action No. 1:26-CV-00194
                                                )
ISLAMIC REPUBLIC OF IRAN et al.                 )
_____ )
                    *Defendant*                 )

## SUMMONS IN A CIVIL ACTION

To:   *(Defendant's name and address)*   ISLAMIC RESISTANCE IN IRAQ
                                          Foreign Minister for the Ministry of Foreign Affairs
                                          Imam Khomeini Street, Imam Khomeini Square,
                                          Islamic Republic of Iran

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Andrew J. Maloney, Esq.
    Kreindler & Kreindler LLP
    750 Third avenue
    New York, NY 10017

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 02/02/2026



/s/ Jiselle Manohar
*Signature of Clerk or Deputy Clerk*

28 USC 1608 Summons (12/11) (Page 2)

Civil Action No. 1:26-CV-00194

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

28 USC 1608 Summons
12/11

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DARLENE LEWIS, as Surviving Spouse and Pers )
_____ )
Plaintiff )
)
v. )   Civil Action No. 1:26-CV-00194
)
ISLAMIC REPUBLIC OF IRAN et al. )
_____ )
Defendant )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  KATAIB HEZBOLLAH
Foreign Minister for the Ministry of Foreign Affairs
Imam Khomeini Street, Imam Khomeini Square,
Islamic Republic of Iran

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Andrew J. Maloney, Esq.
Kreindler & Kreindler LLP
750 Third avenue
New York, NY 10017

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT



Date: 02/02/2026

/s/ Jiselle Manohar
*Signature of Clerk or Deputy Clerk*

28 USC 1608 Summons (12/11) (Page 2)

Civil Action No. 1:26-CV-00194

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: